DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
10 APRIL 2014

| 054P14 | State v. Travis Melton Sherman | Def's PDR Under N.C.G.S. § 7A-31 (COA13-811) | Denied |
|---|---|---|---|
| 061P14 | State v. Aaron Wesley McGarva | Def's PDR Under N.C.G.S. § 7A-31 (COA13-336) | Denied |
| 064P14 | State v. Namath Philip Beam | Def's PDR Under N.C.G.S. § 7A-31 (COA13-635) | Denied |
| 066P14 | Edward Lee Bombria v. Lowe's Home Ctr. Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-680) | Denied |
| 067P14 | Nationwide Mutual Insurance Company, Inc. v. Integon National Insurance Company and State National Insurance Company | Defs' PDR Under N.C.G.S. § 7A-31 (COA13-640) | Denied |
| 068P14 | State v. Joe N. Childers | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-868) | Dismissed |
| 070P14 | State v. Marcus Xaiver Bridges | State's PDR Under N.C.G.S. § 7A-31 (COA13-493) | Denied |
| 074P14 | State v. Jackie Lee Dover, Sr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 075P14 | State v. Eric Darnell Rogers | Def's *Pro Se* Motion for Appropriate Relief | Dismissed |
| 076P14 | State v. William Lee Hall | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA13-729) | 1. Allowed **03/06/2014**<br><br>2.<br><br>3. |